Joseph A. Broderick, as Superintendent of Banks of the State of New York, Appellant, v. Joseph J. Darvin, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Merchants Refrigerating Company, a New York Corporation, on Behalf of Itself and All Other Creditors of Benjamin Titman Corporation, a New Jersey Corporation, Appellant, v. Benjamin Titman Corporation, a New Jersey Corporation, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to reverse.

Young Kaufman, Appellant, v. Manufacturers Trust Company and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore and Cohn, JJ., dissent and vote to reverse and deny the motion.

Bank of New York, Respondent, v. Hannah Blumenthal, Appellant.— Order and judgment affirmed, with costs. (See *Westchester Trust Co.* v. *The Estate of Edward Underhill, Inc.*, 255 App. Div. 1013; leave to appeal to Court of Appeals denied, 281 N. Y. 890; *Union Trust Co. of Rochester* v. *Kaplan*, 249 App. Div. 280, 284.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse.

Hattye Goodman, Appellant, v. Equitable Life Assurance Society of the United States, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Grace M. Graham, as Sole Remaining Executrix of the Estate of Edward C. Clifford, Deceased, Respondent, v. Israel O. Blake and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See, also, *ante*, p. 860.]

Grace M. Graham, as Sole Remaining Executrix of the Estate of Edward C. Clifford, Deceased, Respondent, v. Israel O. Blake and Others, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See, also, *ante*, p. 860.]

The People of the State of New York, Appellant, v. Edward M. Garlock, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Juliet Farnham, Appellant, v. Louis A. Simon and Others, Executors, etc., of Sylvester J. Simon, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Julius H. Kamerman, Respondent, v. William B. Curtis, Appellant. (Appeal No. 1.) — Order affirmed, with disbursements of the appeal to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., dissents.